UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company			Civil 10-2100 PAM/JJK

        Plaintiff,			**ORDER OF DISMISSAL**

v.

Lurie & Associates, LLC, et al.

        Defendants.

------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: October __4__, 2010

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson**,** Judge
                                          United States District Court